**Form 132**

**UNITED STATES BANKRUPTCY COURT**     13
**WESTERN DISTRICT OF PENNSYLVANIA**     culy

In re:                                                          Bankruptcy Case No.: 16–10829–TPA

                                                               Chapter: 7

**Brian M Robson**
  Debtor(s)

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND DETERMINATION OF TRUSTEE BOND**

   John C. Melaragno, Trustee is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 9/14/16                                          **Andrew R. Vara**
                                                        Acting United States Trustee

                                                        **Joseph S. Sisca**
                                                        Assistant United States Trustee
                                                        Western District of Pennsylvania

---

I John C. Melaragno, Trustee, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                        John C. Melaragno, Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 16-10829-TPA
Brian M Robson                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy          Page 1 of 1          Date Rcvd: Sep 14, 2016
                              Form ID: 132        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
tr            +John C. Melaragno, Trustee,    502 West 7th Street.,   Erie, PA 16502-1333

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
          John C. Melaragno, Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joshua I. Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Brian M Robson rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                        TOTAL: 5