**Form 143**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Brian M Robson**
  Debtor(s)

Bankruptcy Case No.: 16–10829–TPA

Chapter: 7
Docket No.: 12 – 11

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

      Ronda J. Winnecour has been removed as trustee from this case and will not receive any future notifications.

      The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: September 14, 2016

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-10829-TPA
Brian M Robson                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1              Date Rcvd: Sep 14, 2016
                              Form ID: 143            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2016.
tr             +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2016 at the address(es) listed below:
          John C. Melaragno,    Trustee    johnm@mplegal.com,
           jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
          Joshua I. Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION
           jgoldman@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Rebeka  Seelinger    on behalf of Debtor Brian M Robson rebeka@seelingerlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5