IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10829- TPA |
| | : | |
| **Brian Robson** | : | **CHAPTER 13** |
| Debtor | : | |
| | : | |
| **Brian Robson** | : | |
| Movant | : | Related to Document No: 11 |
| | : | |
| | : | |
| V. | : | |
| **No Respondents** | : | |

**REPORT UPON CONVERSION OF CASE**

This matter was converted from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code. Note that the case was filed on an emergency, incomplete basis and the case was converted before the Chapter 13 filing was completed. The following is a report upon conversion pursuant to Order of Court.

1. The Statements and Schedules required by Bankruptcy Rules 1019(1)(A) and 1007(c) have been filed.

2. There was no property acquired after the commencement of the Chapter 13 Case but before the entry of the Conversion Order:

3. There were no unpaid debts acquired after the commencement of the Chapter 13 Case but before the entry of the Conversion Order:

4. A Schedule of unpaid debts not listed in the final report and account of the Chapter 13 Trustee which were incurred after the commencement of the Chapter 13 Case but before the entry of the Conversion Order:

5. There were no executory contracted entered or assumed after the commencement of the Chapter 13 Case but before the entry of the Conversion Order.

6. There are no additional creditors to be added to a Mailing Matrix.

7. A statement of intention with respect to retention or surrender of secured property.

                                                                              RESPECTFULLY SUBMITTED

Dated: September 18, 2016                   By: <u>/s/ Rebeka A. Seelinger Esquire</u>
                                                                         Rebeka A. Seelinger, Esquire
                                                                         Pa. I.D. #93897
                                                                         4640 Wolf Rd
                                                                         Erie, PA 16505
                                                                         (814)-824-6670
                                                                          E-Mail: rebeka@seelingerlaw.com