**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRIAN M ROBSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:16-10829 TPA<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/01/2016 and confirmed on 01/01/1900 . The case was subsequently (F)CONVERTED BEFORE CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 0.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 0.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 0.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC MORTGAGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8343 | | | | |
| | * * * N O N E * * * | | | |
| **Priority** | | | | |
| REBEKA SEELINGER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN M ROBSON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEELINGER LAW CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8393 | | | | |
| I.C. SYSTEMS INC. | 0.00 | 0.00 | 0.00 | 0.00 |

| 16-10829 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|    Acct: 9001 | | | | | |
|   PNC BANK NA | | 0.00 | 0.00 | 0.00 | 0.00 |
|    Acct: 0697 | | | | | |

\*\*\* N O N E \*\*\*

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|
|   TOTAL CLAIMED | | |
|   PRIORITY | 0.00 | |
|   SECURED | 0.00 | |
|   UNSECURED | 0.00 | |

Date: 09/29/2016

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com