FILED
11/29/16 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Brian M. Robson<br><br>　　　　　　　　　Debtor<br><br>PNC BANK, NATIONAL ASSOCIATION,<br>its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　　　v.<br>Brian M. Robson<br>　　　　　　　　　Respondent<br>　　　　　　and<br>John C. Melaragno Esq., Trustee<br>　　　　　　　　　Additional Respondent | BK. NO. 16-10829 TPA<br><br>CHAPTER 7<br>Related to Docket #___26_____ |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 29th day of November, 2016, at Pittsburgh, upon Motion of PNC BANK, NATIONAL ASSOCIATION, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 9104 Storey Road, North East, PA 16428 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge      vas

Brian M. Robson
9104 Storey Road
North East, PA 16428

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505
rebeka@seelingerlaw.com

John C. Melaragno Esq.
502 West 7th Street (VIA ECF)
Erie, PA 16502
johnm@mplegal.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-10829-TPA
Brian M. Robson                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: jbre              Page 1 of 1              Date Rcvd: Nov 29, 2016
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db             +Brian M. Robson,    9104 Storey Rd,    North East, PA 16428-5644

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
      John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
       jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
      John C. Melaragno, Trustee     johnm@mplegal.com,
       jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
      Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
      Matthew John McClelland    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Rebeka  Seelinger    on behalf of Debtor Brian M. Robson rebeka@seelingerlaw.com
                                                                     TOTAL: 6