Certificate Number: 14912-PAW-DE-029014938

Bankruptcy Case Number: 16-10829



14912-PAW-DE-029014938

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 31, 2017, at 2:20 o'clock PM EDT, Brian Robson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 31, 2017           By: /s/Jai Bhatt

                               Name: Jai Bhatt

                               Title: Counselor