FILED
3/30/17 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :
                                      :    Case No. 16-10829 TPA
BRIAN M. ROBSON                       :
                                      :    Chapter 7
       *Debtor(s)*                    :
                                      :
                                      :

## ORDER

*Whereas*, in a Chapter 7 case, within 60 days after the first date set for the meeting of creditors under *Section 341* of the Bankruptcy Code, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a *Statement* regarding completion of a course in personal financial management, or a *Certification* that the Debtor is not required to complete such course due to incapacity, dischargebility, or active military duty;

*Whereas*, *11 U.S.C. §727(a)(11)* provides that the Court shall not grant a discharge unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so; and

*Whereas*, the Debtor(s) failed to file a *Certification* substantially conforming to *Official Form No. 423*, Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management, that reflected timely attendance at a course in personal financial management or basis for excuse from such obligation.

It is hereby **ORDERED, ADJUDGED and DECREED** that this case will be closed without entry of a discharge order. Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: March 30, 2017

_____
Thomas P. Agresti, Judge          **amm**
United States Bankruptcy Court

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 16-10829-TPA
Brian M. Robson                                                    Chapter 7
          Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: amaz                  Page 1 of 1                  Date Rcvd: Mar 30, 2017
                               Form ID: pdf900             Total Noticed: 7
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db             +Brian M. Robson,    9104 Storey Rd,    North East, PA 16428-5644
14315862        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
14283502       +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14283503       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
14283505       +PNC Bank,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
14283506       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14283504       +E-mail/Text: bankruptcy@icsystem.com Mar 31 2017 01:20:47      IC Systems, Inc,
                 444 Highway 96 East,    St Paul, MN 55127-2557
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
14283508*      +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14283509*      +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
14283510*      +IC Systems, Inc,    444 Highway 96 East,    St Paul, MN 55127-2557
14283511*      +PNC Bank,    249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
14283512*      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
                                                                                   TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              John C. Melaragno, Trustee    johnm@mplegal.com,
               jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Matthew John McClelland    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rebeka Seelinger    on behalf of Debtor Brian M. Robson rebeka@seelingerlaw.com
                                                                                             TOTAL: 7
```