# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10829- TPA |
| | : | |
| **Brian Robson** | : | **CHAPTER 7** |
| Debtor | : | |
| | : | |
| **Brian Robson** | : | |
| Movant | : | |
| | : | |
| | : | |
| V. | : | |
| **John C. Melarango Esq.** | : | |
| **Chapter 7 Trustee** | : | |
| Respondent, | : | |

## CERTIFICATE OF SERVICE OF MOTION TO RECONSIDER CLOSING CASE WITHOUT DISCHARGE

I, Rebeka A. Seelinger Esquire, certify under penalty of perjury that I served, or caused to be served, the above captioned Pleading, on the parties at the addresses on the attached matrix, by method as described on the attached list.

**John C. Melaragno**
502 W 7th Street
Erie PA 16502
john@mplegal.com
(Via CM/ECF)

**Office of the United States Trustee**
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(Via CM/ECF)

Dated: April 6, 2017

By    /s/ Rebeka A. Seelinger                Respectfully submitted,

                                                    Rebeka A. Seelinger, Esquire
                                                    Pa. I.D. #9389
                                                    4640 Wolf Road
                                                    Erie, PA 16505
                                                    (814)-824-6670
                                                     E-Mail: rebeka@seelingerlaw.com