Case 16-10829-TPA    Doc 42    Filed 04/07/17    Entered 04/07/17 11:08:52    Desc Main
Document    Page 1 of 1

FILED
4/7/17 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10829- TPA |
| | : | |
| **Brian Robson** | : | **CHAPTER 7** |
| Debtor | : | |
| | : | Related to Document No. 40 |
| **Brian Robson** | : | |
| Movant | : | |
| | : | |
| V. | : | |
| | : | |
| **John C. Melarango Esq.** | : | |
| Chapter 7 Trustee | : | |
| Respondent, | : | |

## ORDER OF COURT

*AND NOW*, this  7th  day of         April         , 20 17 , it is hereby ***ORDERED, ADJUDGED AND DECREED*** that the Motion to Reconsider Closing Case without Discharge filed April 6, 2017 is ***GRANTED*** and the Order dated March 30, 2017 at Docket No. 37 closing the case without discharge is ***VACATED AND THE CASE IS REINSTATED.***

*/s/ Thomas P. Agresti*  **vas**
Judge Thomas P. Agresti
United States Bankruptcy Judge