FILED
4/7/17 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10829- TPA |
| | : | |
| Brian Robson | : | **CHAPTER 7** |
| Debtor | : | |
| | : | Related to Document No. 40 |
| Brian Robson | : | |
| Movant | : | |
| | : | |
| V. | : | |
| | : | |
| John C. Melarango Esq. | : | |
| Chapter 7 Trustee | : | |
| Respondent, | : | |

## ORDER OF COURT

*AND NOW*, this __7th__ day of _____April_____, 20__17__, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Motion to Reconsider Closing Case without Discharge filed April 6, 2017 is **GRANTED** and the Order dated March 30, 2017 at Docket No. 37 closing the case without discharge is **VACATED AND THE CASE IS REINSTATED.**

Judge Thomas P. Agresti
United States Bankruptcy Judge

```
                               United States Bankruptcy Court
                               Western District of Pennsylvania
In re:                                                                  Case No. 16-10829-TPA
Brian M. Robson                                                         Chapter 7
          Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0315-1          User: dkam                  Page 1 of 1                   Date Rcvd: Apr 07, 2017
                              Form ID: pdf900             Total Noticed: 7


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
db           +Brian M. Robson,    9104 Storey Rd,    North East, PA 16428-5644
14315862      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14283502     +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14283503     +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
14283505     +PNC Bank,   249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
14283506     +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14283504     +E-mail/Text: bankruptcy@icsystem.com Apr 08 2017 01:06:59      IC Systems, Inc,
               444 Highway 96 East,    St Paul, MN 55127-2557
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            PNC BANK, NATIONAL ASSOCIATION
14283508*    +Amex,   Correspondence,    Po Box 981540,   El Paso, TX 79998-1540
14283509*    +Chase Card Services,    Correspondence Dept,   Po Box 15278,    Wilmington, DE 19850-5278
14283510*    +IC Systems, Inc,    444 Highway 96 East,   St Paul, MN 55127-2557
14283511*    +PNC Bank,   249 5th Ave Ste 30,    Pittsburgh, PA 15222-2707
14283512*    +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
                                                                                             TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2017 at the address(es) listed below:
           James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
           John C. Melaragno, Trustee    on behalf of Trustee John C. Melaragno, Trustee johnm@mplegal.com,
            jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
           John C. Melaragno, Trustee    johnm@mplegal.com,
            jmelaragno@IQ7technology.com;katie@mplegal.com;kbernsley@hotmail.com;john.mello21@gmail.com
           Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
           Matthew John McClelland    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
            bkgroup@kmllawgroup.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Rebeka   Seelinger    on behalf of Debtor Brian M. Robson rebeka@seelingerlaw.com
                                                                                             TOTAL: 7
```